MICHAELSON, SUSI & MICHAELSON
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351

Peter Susi, Bar No. 62957

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HOLLYWOOD MOTION PICTURE AND TELEVISION MUSEUM, a California Non-Profit Corporation,<br><br>Debtor. | BK No. 9:09-bk-12311-RR<br><br>Chapter 11<br><br>NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT RE CHAPTER 11 PLAN OF REORGANIZATION<br><br>Date: June 16, 2010<br>Time: 11:00 a.m.<br>Place: 1415 State Street<br>Courtroom 201<br>Santa Barbara, CA |

TO THE UNITED STATES TRUSTEE, CREDITORS OF THE ABOVE-ENTITLED ESTATE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that at the above date, time and place, Hollywood Motion Picture and Television Museum, Debtor and Debtor-in-Possession ("Debtor"), will seek court approval of Debtor's Disclosure Statement re Chapter 11 Plan of Reorganization (the "Disclosure Statement") filed herein. Any creditor wishing to review the Disclosure Statement may examine the copy on file with the United States Bankruptcy Court at

1415 State Street, Santa Barbara, California, or may request a copy, in writing, from counsel for Debtor at the address listed in this notice.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 3017-1(b) any objections or comments to the Disclosure Statement must be in writing, filed with the court, and served upon counsel for Debtor, not later than fourteen (14) days prior to the hearing.  Any objection or comment not timely filed and served may be deemed waived.

DATED:   March 29, 2010

          MICHAELSON, SUSI & MICHAELSON
          A Professional Corporation

By: _____
    PETER SUSI, Attorneys for
    Debtor and Debtor-in-Possession

| In re: HOLLYWOOD MOTION PICTURE AND TELEVISION MUSEUM, a Non-Profit Corporation,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER  9:09-bk-12311 |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

7 West Figueroa Street, Second Floor, Santa Barbara, California 93101.

The foregoing document described <u>NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT RE CHAPTER 11 PLAN OF REORGANIZATION</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __March 29, 2010__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __March 29, 2010__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __March 29, 2010__, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

Via Personal Delivery
The Honorable Robin Riblet
U.S. Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2010 | Kimberlie Wagemann-Cordero | /s/ Kimberlie Wagemann-Cordero |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

**SERVED ELECTRONICALLY**

David Y. Farmer
cacie@farmerandready.com
Brian D. Fittipaldi
brian.fittipaldi@usdoj.gov
Jonathan G. Gura   jon@msmlaw.com
Peter W. Lianides
plianides@winthropcouchot.com,
pj@winthropcouchot.com
Mark Shaiken   mshaiken@stinson.com
Peter Susi   cheryl@msmlaw.com,
peter@msmlaw.com
United States Trustee
ustpregion16.nd.ecf@usdoj.gov

**SERVED BY U.S. MAIL**

Bailey & Associates
909 N. Sepulveda Blvd., Suite 460
El Segundo, CA 90245-2743

Brian Black
5915 Morning Star Lane
Creston, CA 93432

Business Card
Post Office Box 15710
Wilmington, DE 19886-5710

Eric C Carter
Mustoe Carter LLC
US Bank Building 2nd Floor
5100 West 95th Street Suite 260
Prairie Village, KS 66207-3305

Citi Advantage MasterCard
Box 6000
The Lakes, NV 89163-6000

Henry Cutrona
11077 Bandon Dunes Court
Las Vegas, CA 89141

Grant L Davis
Davis Bethune & Jones LLC
1100 Main Street Suite 2930
Post Office Box 26250
Kansas City, MO 64196

Dianna Wong Architecture & Design
818 S. Broadway, Suite 200
Los Angeles, CA 90014

Dusty Ebsen
5707 Melrose
Los Angeles, CA 90038

Todd Fisher
4124 North Ryan Road
Creston, CA 93432

Freedom Farms
4124 North Ryan Road
Creston, CA 93432

Gore & Associates
15650 Devonshire Street
Granada Hills, CA 91344

Hollywood Motion Picture Experience LLC
4124 North Ryan Road
Creston, CA 93432

Frank W Lipsman
Norton Hubbard Ruzicka Kreamer & Kincaid
130 North Cherry Post Office Box 550
Olathe, KS 66051

Margolis and Associates
26893 Bouquet Canyon Road
Santa Clarita, CA 91350

Paula Kent Meehan
144 Monvale Drive
Beverly Hills, CA 90210

Norcast Communications
1998 Santa Barbara Avenue
San Luis Obispo, CA 93401

Gregory J Orman
26733 W. 109th Street
Olathe, KS 66061-7499

Pacific Gas & Electric Company
Box 997300
Sacramento, CA 95899-7300

Debbie Reynolds
6514 Lankershim Boulevard
North Hollywood, CA 91606

Eugene Shlugleit
4124 North Ryan Road
Creston, CA 93432

Singer Lewak
10960 Wilshire Blvd Suite 1100
Los Angeles, CA 90024

Stephen Federman Insurance
Post Office Box 3468
Van Nuys, CA 91407

Willard Strong
251 Lark
Paso Robles, CA 93446

Fred Walecki
1627 Westwood Boulevard
Los Angeles, CA 90024

Westwood Music
1627 Westwood Boulevard
Los Angeles, CA 90024

Willis Insurance
Post Office Box 3468
Van Nuys, CA 91407

Fredrick Wood
5950 Enrada Avenue
Atascadero, CA 93422

Bold American Enterprises, Inc.
143 Osage Road
St. Augustine, FL 32086